FILED IN OPEN COURT
DATE _____ 11-1-13
BY _____
DEPUTY CLERK
Roanoke DIVISION, W.D. of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WILLIAM A. WHITE, )<br>    Defendant. )<br>_____) | Crim. No. 7:13CR00013<br><br><br><br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

## VERDICT FORM

Please answer each of the following questions by checking one of the following options for each count of the indictment:

On **Count One** of the indictment, alleging a threat with intent to extort based on the May 27, 2012 email, we the jury find the Defendant: (please check one)

    __✓__ Guilty as charged in the indictment

    ____ Guilty of the lesser included offense of sending a threatening email, without an intent to extort

    ____ Not guilty of either of these offenses

On **Count Two** of the indictment, alleging a threat with intent to extort based on the May 28, 2012 email, we the jury find the Defendant: (please check one)

    ____ Guilty as charged in the indictment

    __✓__ Guilty of the lesser included offense of sending a threatening email, without an intent to extort

    ____ Not guilty of either of these offenses

PLEASE CONTINUE TO PAGE TWO.

On **Count Three** of the indictment, alleging a threat with intent to extort based on the May 29, 2012 email, we the jury find the Defendant: (please check one)

✓     Guilty as charged in the indictment

____     Guilty of the lesser included offense of sending a threatening email, without an intent to extort

____     Not guilty of either of these offenses


On **Count Four** of the indictment, alleging a threat with intent to extort based on the June 7, 2012 email, we the jury find the Defendant: (please check one)

✓     Guilty as charged in the indictment

____     Guilty of the lesser included offense of sending a threatening email, without an intent to extort

____     Not guilty of either of these offenses


**SIGNED (using your juror NUMBER ONLY, not your name)**

_____30_____          _____11/1/13_____
FOREPERSON'S SIGNATURE     DATE
(write your juror NUMBER ONLY;
this will serve as your signature)

_____Thirty_____
FOREPERSON'S PRINTED NUMBER