IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

United States of America
　　Plaintiff

v.

William A. White
　　Defendant

Case No: 13-CR-013

Judge Conrad

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 08 2016
JULIA C. DUDLEY, CLERK
BY: /s/
　　DEPUTY CLERK

## MOTION TO UNSEAL

Comes Now the Defendant, William A White, and, I move this Court to unseal the transcript of September 26, 2013, in its entirety. This transcript is a contemporary statement supportive of several of the claims of ineffective assistance that are being brought in the near future, and, is going to be introduced in my pending 28 USC §2255 motion nearly in full. As such, there is no reason to keep it under seal. Further, it is not of such strategic importance that I need to keep it hidden another 30-60 days.

Respectfully Submitted,

/s/ William A White

William A White

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Unseal was mailed to the Court, 1st Class postage prepaid, this 2nd day of February, 2016, for posting upon the Electronic Filing System.

/s/

William A. White #43888-084
Metropolitan Correctional Center - Chicago
71 W. Van Buren St
Chicago, IL 60605

LEGAL MAIL

CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
215 FRANKLIN RD SW
ROANOKE, VA 24011

