IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number: 7:13CR00013 |
| ) | |
| WILLIAM A. WHITE ) | |
| ) | |
|     Defendant ) | |

**RESPONSE TO DEFENDANT'S MOTION TO MODIFY DISCOVERY ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

Comes now Paul G. Beers, counsel for Defendant William A. White, and advises the Court that he has no objection to the defendant's Motion to Modify Discovery Order Pursuant to Federal Rule of Criminal Procedure 16(d)(1) (ECF 48).

WILLIAM A. WHITE


By: s/Paul G. Beers
    Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8035
Facsimile (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for William A. White

Certificate of Service

I hereby certify that on May 12, 2016, I electronically filed the foregoing Response to Defendant's Motion to Modify Discovery Order Pursuant to Federal Rule of Criminal Procedure 16(d)(1) using the CM/ECF system which will send notification of such filing to C. Patrick Hogeboom, III, Esq., and Laura Day Rottenborn, Esq., Assistant United States Attorneys, United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709.

    s/Paul G. Beers
    Paul G. Beers

2

Case 7:13-cr-00013-GEC   Document 250   Filed 05/12/16   Page 2 of 2   Pageid#: 2902