CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 7:13CR00013 |
| | ) |
| | ) **ORDER** |
| WILLIAM A. WHITE, | ) |
| | ) By: Hon. Glen E. Conrad |
| Defendant. | ) Chief United States District Judge |
| | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The stay imposed in the court's order on April 13, 2016 is hereby lifted;

2. Defendant's motion to supplement his motion for new trial (Docket Nos. 252 and 253) is **GRANTED**;

3. Defendant's motion for new trial (Docket No. 239) is **DENIED**; and

4. Finding good cause, defendant shall have an additional thirty (30) days to file a notice of appeal of this order pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure.

The Clerk is directed to send copies of the order and the accompanying memorandum opinion to defendant and all counsel of record.

ENTER: This 27th day of June, 2016.

/s/ Glen E. Conrad
Chief United States District Judge