CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 31 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:13CR00013 |
| | ) | (Civil Action No. 7:16CV80934) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| WILLIAM A. WHITE, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED and ORDERED**

as follows:

1. The government's motion to dismiss, ECF No. 326, is **GRANTED**;

2. White's motion and amended motion pursuant to 28 U.S.C. § 2255, ECF Nos. 257, 300, are **DISMISSED**;

3. White's motion to modify discovery order, ECF No. 310, is **DENIED**;

4. White's motion to set aside Touhy Letter, ECF No. 314, is **DENIED**;

5. White's motion to seal, ECF No. 317, is **DENIED**;

6. White's motion to compel discovery, ECF No. 319, is **DENIED**;

7. White's motion to compel service, ECF No. 323, is **DENIED**, and his motion to withdraw the motion to compel, ECF No. 325, is **GRANTED**.

8. White's motions to expand the record, ECF Nos. 332, 334, 334-1, 335, & 336, are **DENIED**;

9. White's motions to compel discovery through subpoenas duces tecum, ECF No. 333, 337, are **DENIED**; and

10. White's motion to unseal filings, ECF No. 318, is **GRANTED**.

11. This action shall be **STRICKEN** from the active docket of this court; and

12. Finding that White has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 31st day of May, 2017.

_____
Chief United States District Judge