CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CASE NO. 7:13CR00013 |
| | ) (CASE NO. 7:18CV81307) |
| | ) |
| v. | ) FINAL ORDER |
| | ) |
| **WILLIAM ALEXANDER WHITE,** | ) |
| | ) By: Hon. Glen E. Conrad |
| **Defendant.** | ) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 (ECF No. 118) is **DISMISSED** without prejudice as successive under § 2255(h); and this § 2255 action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 16th day of May, 2018.

/s/ Glen Conrad
Senior United States District Judge