IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 7:13CR00013 |
| | (CASE NO. 7:18CV81307) |
| v. | ORDER |
| WILLIAM ALEXANDER WHITE, | |
| | By: Hon. Glen E. Conrad |
| Defendant. | Senior United States District Judge |

By opinion and order entered May 16, 2018, the court summarily dismissed William Alexander White's second motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 as successive and denied a certificate of appealability under 28 U.S.C. § 2253(c). White has now filed a motion to amend the court's judgment to grant him a certificate of appealability. After review of the record, the court continues to find that White has not made the requisite showing of denial of a substantial right so as to warrant the requested certificate of appealability. Accordingly, it is hereby

**ADJUDGED AND ORDERED**

that White's motion to amend (ECF No. 378) is **DENIED**.

ENTER: This 8th day of June, 2018.

_____
Senior United States District Judge